IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAUL S. AKINS COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. 4:08cv018 |
| | ) | |
| GLEATON FLOOR COVERING, INC. | ) | |
| and AUTO OWNERS INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

### AGREED ORDER SETTING ASIDE ENTRY OF DEFAULT

The parties being in AGREEMENT and the court being otherwise sufficiently advised,

IT IS HEREBY AGREED TO AND ORDERED that the Motion of the Defendant, Auto Owners Insurance Company, filed pursuant to Rule 55 of the Federal Rules of Civil Procedure, to set aside the Clerk's Entry of Default filed on February 21, 2008, in favor of the Plaintiff, PAUL S. AKINS COMPANY, INC. and against the Defendant, AUTO OWNERS INSURANCE COMPANY, with the Court being properly advised in the premises, for good cause shown, and the parties being in AGREEMENT:

The Motion to Set Aside Entry of Default is HEREBY GRANTED and the Entry of Default filed in favor of PAUL S. AKINS COMPANY, INC. and against AUTO OWNERS INSURANCE COMPANY is hereby set aside and held for naught.

IT IS SO ORDERED this _11th_ day of August, 2008 at Augusta, Georgia.

_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA