IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| PAUL S. AKINS COMPANY, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. 4:08CV018 |
| | ) | |
| GLEATON FLOOR COVERING, INC. | ) | |
| and AUTO OWNERS INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion of PAUL S. AKINS COMPANY, INC., GLEATON FLOOR COVERING, INC., and AUTO OWNERS INSURANCE CO. to dismiss the above-styled case with Prejudice as to all parties, with the same having been settled to their mutual satisfaction.

After reviewing said motion, the Court hereby GRANTS the Joint Motion to Dismiss with Prejudice, and the above-captioned action hereby stands DISMISSED WITH PREJUDICE as to all parties. Each of the parties shall bear their own costs.

IT IS SO ORDERED this 11th day of August, 2008 at Augusta, Georgia

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

Order prepared by:

By: /s/George H. Rountree
George H. Rountree
Georgia State Bar No. 616205
BROWN ROUNTREE PC
Attorney for Plaintiff
Post Office Box 1988
Statesboro, Georgia 30459
(912) 489-6900